December 7, 1979.

424 A.2d 540

Commonwealth v. Barnes, Appellant.

Submitted March 23, 1979. Josephine A. Nelson, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.